# EXHIBIT 1

## DECLARATION OF HANGBIN ZHENG

1. My name is Hangbin Zheng. I am over 18 years old and I reside in Colorado.

2. I am the owner of the following property:
   a. 1792 S. Nome Way, Aurora Colorado, 80012-5229.

3. I hereby assert my interest in all of the property listed in paragraph 2 of this Declaration. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of March 2020.

_____
Hangbin Zheng

STATE OF COLORADO}

COUNTY OF DENVER}   }ss

SUBSCRIBED AND SWORN to before me this 6th day of March 2020, by a person know to me as Hangbin Zheng.

My Commission expires: August 8, 2023 .

KINDRA RODRIGUEZ
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194030263
MY COMMISSION EXPIRES AUG 8, 2023

[SEAL]Notary Public