**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:20-00304-RM-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    15607 EAST GIRARD PLACE, AURORA, COLORADO;
2.    $12,999.00 IN UNITED STATES CURRENCY;
3.    1792 SOUTH NOME WAY, AURORA, COLORADO;
4.    $1,418.00 IN UNITED STATES CURRENCY;
5.    $1,857.00 IN UNITED STATES CURRENCY;
6.    $33,000.00 IN UNITED STATES CURRENCY;
7.    $19,156.00 IN UNITED STATES CURRENCY;
8.    10641 SEDGWICK WAY, PARKER, COLORADO;
9.    $8,609.00 IN UNITED STATES CURRENCY;
10.   $20,101.00 IN UNITED STATES CURRENCY;
11.   $6,567.00 IN UNITED STATES CURRENCY;
12.   $14,250.00 IN UNITED STATES CURRENCY;
13.   $14,130.00 IN UNITED STATES CURRENCY;
14.   4 WESTERN UNION MONEY ORDERS;
15.   $5,086.00 IN UNITED STATES CURRENCY;
16.   $18,590.00 IN UNITED STATES CURRENCY;
17.   $33,106.00 IN UNITED STATES CURRENCY;
18.   $62,434.00 IN UNITED STATES CURRENCY; and
19.   $7,440.00 IN UNITED STATES CURRENCY,

     Defendants.

---

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

---

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over

1

the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

- a. 15607 East Girard Place, Aurora, Colorado;
- b. $12,999.00 in United States currency;
- c. 1792 South Nome Way, Aurora, Colorado;
- d. $1,418.00 in United States currency;
- e. $1,857.00 in United States currency;
- f. $33,000.00 in United States currency;
- g. $19,156.00 in United States currency;
- h. 10641 Sedgwick Way, Parker, Colorado;
- i. $8,609.00 in United States currency;
- j. $20,101.00 in United States currency;
- k. $6,567.00 in United States currency;
- l. $14,250.00 in United states currency;
- m. $14,130.00 in United States currency;
- n. 4 Western Union Money Orders;
- o. $5,086.00 in United States currency;
- p. $18,590.00 in United States currency;
- q. $33,106.00 in United States currency;
- r. $62,434.00 in United States currency; and
- s. $7,440.00 in United States currency,

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Elizabeth Young<br>Assistant United States Attorney United<br>States Attorney's Office<br>1801 California St., Suite 1600<br>Denver, Colorado 80202 |

SO ORDERED this 24th day of April, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge